IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JON WILLIAMS STUCKEY | § | |
| VS. | § | CIVIL ACTION NO. 9:23-CV-122 |
| SIMMON PRINCE, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Jon Williams Stuckey, a prisoner confined at the Polk County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

On September 12, 2023, Plaintiff was ordered to pay the $402.00 filing fee or submit an application to proceed *in forma pauperis*. (Doc. #5.) Plaintiff was given twenty days to comply with the court order. As of this date, Plaintiff has not paid the filing fee or requested leave to proceed *in forma pauperis*.

Federal Rule of Civil Procedure 41(b) authorizes the district court to dismiss an action *sua sponte* for failure to prosecute or to comply with a court order. *Larson v. Scott,* 157 F.3d 1030, 1031 (5th Cir. 1998). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Link v. Wabash R.R.*, 370 U.S. 626, 629-30 (1962); *Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997).

By choosing not to comply with the court order, Plaintiff has failed to prosecute this case diligently. Accordingly, this action should be dismissed without prejudice for want of prosecution.

## Recommendation

This action should be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

## Objections

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 17th day of October, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE